UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN HIRAM THOMAS,<br><br>    Plaintiffs,<br><br>    vs.<br><br>VALLEY STATE PRISON, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00021-GSA-PC<br><br>New Case No. 1:20-cv-00021-DAD-GSA-PC<br><br>**ORDER RELATING CASES AND ASSIGNING CASE TO DISTRICT JUDGE DALE A. DROZD AND MAGISTRATE JUDGE GARY S. AUSTIN** |

Melvin Hiram Thomas ("Plaintiff") is a state prisoner proceeding *pro se* with this civil rights action pursuant to 42 U.S.C. § 1983.  The Complaint commencing this action was filed on December 26, 2019 and opened as Case No. 1:19-cv-1797, Gann v. Valley State Prison.  On January 7, 2020, Plaintiff's claims were severed from the claims in Case No. 1:19-cv-1797, and this case was opened for Plaintiff to proceed with his own case.  (ECF No. 1.)

The Court's review of this case reveals that it is related under Local Rule 123 to the action entitled Gann v. Valley State Prison, 1:19-cv-1797-DAD-GSA-PC.  Both actions are based on the same underlying facts and involve overlapping questions of law and fact.

Accordingly, IT IS HEREBY ORDERED that:

1. The Office of the Clerk shall relate this case with case 1:19-cv-1797-DAD-GSA-PC ;

2. This case shall be assigned to the docket of District Judge Dale A. Drozd and Magistrate Judge Gary S. Austin;

3. The new case number shall be **1:20-cv-00021-DAD-GSA-PC**, and all future pleadings and/or correspondence must be so numbered. Use of an incorrect case number or incorrect judge's initials may result in delay in processing documents and distribution to the judges assigned.

IT IS SO ORDERED.

Dated: __**March 18, 2020**__                __**/s/ Gary S. Austin**__
                                           UNITED STATES MAGISTRATE JUDGE